UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY GRAND JURY 2025
JANUARY 21, 2026 SESSION

FILED
JAN 21 2026
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.                           CRIMINAL NO. 5:26-cr-00006
                             21 U.S.C. § 841(a)(1)
                             18 U.S.C. § 922(g)(1)
                             18 U.S.C. § 924(a)(8)
                             18 U.S.C. § 924(c)(1)(A)

BRYAN T. CROSS

**I N D I C T M E N T**

The Grand Jury Charges:

**COUNT ONE**

On or about October 19, 2025, at or near Beckley, Raleigh County, West Virginia, and within the Southern District of West Virginia, defendant BRYAN T. CROSS knowingly and intentionally possessed with the intent to distribute a quantity of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

1.  On or about October 19, 2025, at or near Beckley, Raleigh County, West Virginia, and within the Southern District of West Virginia, defendant BRYAN T. CROSS did knowingly possess a firearm, that is, a HS Produkt, model XD-40, .40 caliber subcompact handgun, in and affecting interstate commerce.

2.  At the time defendant BRYAN T. CROSS possessed the aforesaid firearm, he knew he had been convicted of a crime punishable by imprisonment for a term exceeding one year, as defined in 18 U.S.C. § 921(a)(20), that is, convicted on or about August 12, 2015, in the United States District Court for the Southern District of West Virginia, of distribution of cocaine, in violation of 21 U.S.C. § 841.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

**COUNT THREE**

On or about October 19, 2025, at or near Beckley, Raleigh County, West Virginia, and within the Southern District of West Virginia, defendant BRYAN T. CROSS did knowingly use and carry a firearm, that is a HS Produkt, model XD-40, .40 caliber subcompact handgun, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute cocaine, a Schedule II controlled substance.

In violation of Title 18, United States Code, Section 924(c)(1)(A).


MOORE CAPITO
United States Attorney

By: _____
TIMOTHY D. BOGGESS
Assistant United States Attorney